**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **AARON FILLMORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | )   NO. 97-844-CJP |
| | ) |
| **A. WILSON, KEITH CHAMNESS, DAVID M.** | ) |
| **SHEMONIC, J. BEST, R. McCALL, JASON** | ) |
| **HIGGINS, PAUL HENDERSON, TROY** | ) |
| **POTTS, M. SCOTT** and **R. JACK** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT AFTER REMAND

In accordance with *Fillmore v. Page,* 358 F.3rd 496 (7th Cir. 2004), the Court of Appeals for the Seventh Circuit Remanded this case, in part, for further proceedings. The issues have been tried and the Court has rendered its decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **A. WILSON, KEITH CHAMNESS, DAVID M. SHEMONIC, J. BEST, R. McCALL, JASON HIGGINS, PAUL HENDERSON, TROY POTTS, M. SCOTT** and **R. JACK** and against plaintiff **AARON FILLMORE** in accordance with Order entered by Magistrate Judge Clifford J. Proud on March 16, 2006 (Doc. 270).

Plaintiff shall take nothing from this action.

**DATED** this 24th day of March, 2006

**NORBERT G. JAWORSKI, CLERK**

BY:_____
   **Deputy Clerk**

Approved by_____
   **United States Magistrate Judge**
   **Clifford J. Proud**